U.S. DISTRICT COURT

**FILED**
JUN 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANTOINE C[...],
PLAINTIFF,
    V.
UNITED STATES OF AMERICA;
U.S. DEPARTMENT OF STATE;
U.S. DEPARTMENT OF JUSTICE;
U.S. DEPARTMENT OF HOMELAND SECURITY; [...]
[...] U.S. OFFICE OF NATIONAL INTELLI-
GENCE, [...]
[...] STATE OF CALIFORNIA
[...] ATTORNEY; [...] COUNTY
KERN [...] BOARD OF SUPERVISORS; KERN
[...] SHERIFF DEPARTMENT; [...]
[...]

**CV 08 2784 JW**

[NEW] DOCKET No.:

AGENCY No.: A96-386-[...]
DATE: APRIL 02, 2008

**(PR)**

---

CIVIL COMPLAINT

---

JURY TRIAL REQUEST

---

MONEY COMPENSATION REQUEST

---

GROUNDS: EMOTIONAL AND PHYSICAL INJURIES
         INFLICTED FROM [...] TO PRESENT
         (TO BE DETAILED)

---

JURISDICTION(S): UNDER TORTURE VICTIM PROTECTION
                 ACT, INTERNATIONAL VIENNA CON-
                 VENTION, INTERNATIONAL GENEVA
                 CONVENTION, WAR CRIMES ACT,
                 FTCA, CAT, [...] ETC...

Dr. ANTOINE C[...], PRO SE
17040[...]
1765[...] INDUSTRIAL FARM ROAD
BAKERSFIELD, CA 93308-9503




Case 5:08-cv-02784-JW   Document 1-3   Filed 06/04/2008   Page 1 of 1

**FILED**
JUN 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. DISTRICT COURT
NORTHERN CALIFORNIA (SAN FRANCISCO)

ANTOINE GOMIS,
PLAINTIFF,
    v.
UNITED STATES OF AMERICA;
U.S. DEPARTMENT OF STATE;
U.S. DEPARTMENT OF JUSTICE;
U.S. DEPARTMENT OF HOMELAND SECURITY;
U.S. DEPARTMENT OF DEFENSE; U.S. NATIONAL SECURITY COUNCIL; U.S. OFFICE OF NATIONAL INTELLIGENCE; U.S. NATIONAL COUNTERTERRORISM AGENCY; U.S. CONGRESS; STATE OF CALIFORNIA; CALIFORNIA ASSEMBLY; CALIFORNIA SENATE; KERN COUNTY BOARD OF SUPERVISORS; KERN COUNTY SHERIFF DEPARTMENT;
    DEFENDANTS

[NEW] DOCKET No.: **JW**
**CV 08 2784**
JW 550

AGENCY No.: A96386677
DATE: APRIL 02, 2008
2008040209 01 DCSF

(PR)

CIVIL COMPLAINT

JURY TRIAL REQUEST

MONEY COMPENSATION REQUEST

GROUNDS: EMOTIONAL AND PHYSICAL INJURIES INFLICTION FROM APRIL 27, 2004 TO PRESENT (TO BE DETAILED)

JURISDICTION(S): UNDER TORTURE VICTIM PROTECTION ACT, INTERNATIONAL VIENNA CONVENTION, INTERNATIONAL GENEVA CONVENTION, WAR CRIMES ACT, FTCA, C.A.T, "ATCA", ETC...

Dr. ANTOINE GOMIS, PRO SE
1704049 - E 614
17695 INDUSTRIAL FARM ROAD
BAKERSFIELD, CA 93308-9563

Margin notes:
- 08-2784JW
- NB - THE PLAINTIFF IS A U.S. CITIZEN (CF HIS FBI/IAFIS FILE)
- NB - THIS COMPLAINT IS NOT TO BE TRANSFERRED OUTSIDE SAN FRANCISCO, CA.